UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Brian Haslett, et al.
                        Plaintiff,

v.                                               Case No.: 1:15−cv−03811
                                                  Honorable Matthew F. Kennelly

Actavis, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 14, 2016:

       MINUTE entry before the Honorable Matthew F. Kennelly: All claims against defendants Actavis plc and Watson Laboratories, Inc. are dismissed without prejudice. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.